UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| TERRY A. TROXELL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6: 05-31-DCR |
| ) | |
| V. ) | |
| ) | |
| McCREARY COUNTY DETENTION ) | |
| CENTER, et al., ) | |
| ) | **ORDER** |
| Defendants. ) | |

*** *** *** *** ***

The Memorandum Opinion and Order entered this date is hereby **AMENDED** as follows in order to provide instructions for service of process upon the Defendants:

(1) As previously noted, summons shall issue, accompanied by a copy of the Complaint and the instant Memorandum Opinion and Order, to McCreary County; the McCreary County Judge-Executive; the McCreary County Magistrates; McCreary County Jailer Scott Jones; and McCreary County Deputy Jailer Dave Morrow.

(2) The Clerk shall also prepare any required USM Forms 285. If insufficient information exists to sufficiently or effectively complete any summons or USM Form 285 regarding any defendant, the Clerk shall promptly make a Clerk's entry on the docket stating why the Clerk cannot fill out the summons or USM Form 285 or any other documents necessary to effectuate service.

(3) After preparing the summonses, USM Forms 285, complaint copies, a copy of this Order, and/or any other documents necessary to effectuate service, Clerk shall forward said documents, by certified mail, to the United States Marshal's office in Lexington, Kentucky. The

1

Clerk shall enter the certified mail receipt into the record.

(4) The United States Marshal shall serve a summons, complaint copy, and copy of this Order on each named defendant and shall do so by certified mail, return receipt requested.

(5) The United States Marshal shall make a return report to the Court of whether the summons is executed or is still unexecuted within forty (40) days of the date of entry of this Order.

(6) The plaintiff shall keep the Clerk of the Court informed of his current mailing address. Failure to notify the Clerk of any address change may result in a dismissal of this case.

(7) For every further pleading or other document he wishes to submit for consideration by the Court, the plaintiff shall serve upon each defendant, or, if appearance has been entered by counsel, upon each attorney, a copy of the pleading or other document. The plaintiff shall send the original papers to be filed with the Clerk of the Court together with a certificate stating the date a true and correct copy of the document was mailed to each defendant or counsel. If a District Judge or Magistrate Judge receives any document which has not been filed with the Clerk or which has been filed but fails to include the certificate of service of copies, the document will be disregarded by the Court.

(8) The Clerk is directed to serve a copy of this Order upon the Jailer/Warden of the institution in which the prisoner is currently confined and upon the Office of General Counsel for the Kentucky Department of Corrections in Frankfort, Kentucky.

This 18th day of April, 2005.



Signed By:
*Danny C. Reeves* DCR
United States District Judge